

No. 11–0579/AR. U.S. v. Nathaniel J. Conquy. CCA 20100583. On consideration of Appellant's motion to withdraw the petition for grant of review without prejudice, it is ordered that said motion is hereby denied without prejudice to Appellant's right to file a motion to withdraw that complies with Rule 21(f), Rules of Practice and Procedure.

Thursday, July 21, 2011

No. 11–0143/AR. U.S. v. Aaron R. Stanley. CCA 20050703. On further consideration of the above–captioned case, in which the petition for review of the decision of the United States Army Court of Criminal Appeals was granted on March 31, 2011, it is further ordered that said petition is also hereby granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA*, *MILLER*, AND *JONES*.

No additional briefs will be filed under Rule 25.

No. 11–0257/MC. U.S. v. Thomas J. Schumacher. CCA 201000153. On further consideration of the above–captioned case, in which the petition for review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals was granted on March 8, 2011, it is further ordered that said petition is also hereby granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S

HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No additional briefs will be filed under Rule 25.

No. 11–0282/AR.   U.S. v. Bobby D. Morrissette.   CCA 20090166.   On further consideration of the above–captioned case, in which the petition for review of the decision of the United States Army Court of Criminal Appeals was granted April 14, 2011, it is further ordered that said petition is also hereby granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No additional briefs will be filed under Rule 25.

No. 11–0583/NA.   U.S. v. Michael D. King, Jr.   CCA 201000406.   Review granted on the following issue:

WHETHER SPECIFICATION 5 OF CHARGE I ALLEGING AN INDE-CENT ACT UNDER ARTICLE 120(k), UCMJ, FAILED TO STATE AN OFFENSE WHERE THE INDECENT ACT ALLEGED WAS APPEL-LANT ORALLY REQUESTING DURING A SKYPE INTERNET CON-VERSATION THAT A CHILD UNDER THE AGE OF 16 YEARS EX-POSE HER BREASTS SO THAT HE COULD VIEW THEM UTILIZING THE WEB CAMERA.

Briefs will be filed under Rule 25.

